■ PEOPLE v JAVIER LOPEZ. [624 NYS2d 814] —Application for a writ of error coram nobis, and other related relief, denied in its entirety. *(See, People v De La Hoz,* 131 AD2d 154, 158.) Concur—Murphy, P. J., Sullivan, Rosenberger, Wallach and Ross, JJ.